FILED
CLERK, U.S. DISTRICT COURT

Jun 19, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFINA GARCIA,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 to 10 Inclusive,<br><br>  Defendants. | Case No. 2:15-cv-02970-SVW-JPR<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Stephen V. Wilson<br><br>JS-6 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV-15-02970 SVW-JPR, is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own costs, expenses and attorneys' fees in this matter.

IT IS HEREBY FURTHER ORDERED that the Status Conference re Dismissal scheduled on Monday, July 6, 2015 at 3:00 p.m. be vacated and taken off calendar.

Dated: ____June 19____, 2015

_____
Hon. Stephen V. Wilson
Judge, United States District Court

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

142651.1

1

Case No. 2:15-cv-02970-SVW-JPR
ORDER RE STIPULATION FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE